UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY MARGARET BYBERG,

        Plaintiff,                    Case No. 15-cv-13274

                                            Paul D. Borman
v.                                          United States District Judge

                                            Elizabeth A. Stafford
CAROLYN W. COLVIN,               United States Magistrate Judge
Acting Commissioner of
Social Security,

        Defendant.
_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 16);
(2) GRANTING THE COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 15);
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF
NO. 12); and (4) AFFIRMING THE DECISION OF THE COMMISSIONER

      On December 30, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 16, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for

Summary Judgment (ECF No. 12), GRANTS Defendant's Motion for Summary Judgment (ECF No. 15), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: January 23, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 23, 2017.

                s/Deborah Tofil
                Case Manager